IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMIE L. DAVIS,

Defendant.                                                  No. 08-cr-30011-DRH

### ORDER TERMINATING SUPERVISED RELEASE

**HERNDON, District Judge:**

    This case comes before the Court on defendant's motion for early termination of supervised release (Doc. 58). Defendant began four years of supervised release in May 2011, following his 60 month imprisonment for possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

    Defendant states that he has maintained a stable residence since beginning his period of supervised release. In addition, his probation officer and the government have no objection to early termination of his supervised release. Having found that defendant completed one year of supervised release, and upon consideration of his motion (Doc. 58), 18 U.S.C. § 3583(e), and the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that termination of supervised release is warranted by the conduct of defendant and the interest of justice. Accordingly,

the Court **GRANTS** defendant's motion (Doc. 58) The termination of defendant Jimmie L. Davis's supervised release is effective immediately.

**IT IS SO ORDERED**.

Signed this 3rd day of November, 2014.

Digitally signed by
David R. Herndon
Date: 2014.11.03
11:51:21 -06'00'

**District Judge**
**United States District Court**